Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Home Box Office, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HOME BOX OFFICE, INC.<br>*Plaintiff*<br><br>v.<br><br>OOSHIRTS INC. d/b/a TEECHIP<br>*Defendant* | **Civil Action No. 18-cv-4645-KPF** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2018, a true and correct copy of Judge Katherine Polk Failla's Notice of Initial Pretrial Conference, along with the Court's Individual Rules of Practice in Civil Cases, were served via First-Class mail and email upon Defendant ooShirts Inc. d/b/a TeeChip's counsel, as indicated below:

Edward M. Fogarty, Jr.
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, New York 10170
Fogarty@litchfieldcavo.com

I declare under the penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: June 12, 2018　　　　　　　　　　**EPSTEIN DRANGEL LLP**
New York, New York

　　　　　　　　　　　　　　　　　　BY: /s/ Kerry B. Brownlee
　　　　　　　　　　　　　　　　　　Kerry B. Brownlee (KB0823)
　　　　　　　　　　　　　　　　　　kbrownlee@ipcounselors.com
　　　　　　　　　　　　　　　　　　Jason M. Drangel (JD 7204)
　　　　　　　　　　　　　　　　　　jdrangel@ipcounselors.com
　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 2520
　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　Telephone: (212) 292-5390
　　　　　　　　　　　　　　　　　　Facsimile: (212) 292-5391
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*Home Box Office, Inc.*