

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
212-434-0101
212-434-0105 (fax)

**Edward Fogarty, Jr.**
Email: fogarty@litchfieldcavo.com



January 16, 2019

**VIA EMAIL and ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

           Re:    Home Box Office Inc. v. OOshirts Inc. d/b/a TeeChip
                    Civil Action No.: 18-CV-4645

Dear Judge Failla:

     I represent the Defendant on the above-captioned matter, and write regarding your Honor's order of November 15, 2018. As you Honor may recall, the parties had settled this matter in principle with the efforts and assistance of Magistrate Judge Wang and are finalizing the terms of a settlement agreement. Since your Honor's last extension the parties have exchanged a number of drafts and are down to three critical issues that are subject to further negotiations. The parties respectfully request one last 30-day extension in an effort to resolve this matter. This letter is issued jointly with the advice and consent of Kerry B. Brownlee of Plaintiff's office.

     We thank the court for its consideration of the foregoing request.

                                             Very truly yours,

                                             Edward Fogarty, Jr.

EF:nr
cc: kbrownlee@ipcounselors.com

```
Application GRANTED.


Dated:  January 16, 2019
        New York, New York
```

                                             SO ORDERED.

```
                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE
```