```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOME BOX OFFICE, INC.,                       :
                                             :
                 Plaintiff,                  :
                                             :   No. 18-CV-4645 (KPF) (OTW)
                 -against-                   :
                                             :   ORDER
OOSHIRTS INC.,                               :
                                             :
                 Defendant.                  :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The parties have informed the Court that the case is settled in its entirety. Accordingly, it is **HEREBY ORDERED** that:

1. The Settlement Conference scheduled for May 14, 2019 is adjourned *sine die*.

2. The undersigned respectfully recommends that Judge Failla issue a final 30-order allowing the parties to restore the matter to the calendar only if an application is made by **June 14, 2019**.

**SO ORDERED.**

Dated: New York, New York  
May 14, 2019

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge